JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DRITA KESSLER,<br><br>        Debtor.<br>_____<br>DRITA KESSLER,<br><br>        Appellant,<br>v.<br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, et al.<br><br>        Appellee, | Case No. 2:24-CV-02958-JLS<br><br>BK Case No. 1:22-BK-11504-VK<br><br>**JUDGMENT** |

    Judgment is hereby entered in accordance with this Court's March 11, 2025 Order Affirming the Bankruptcy Court Orders.

DATED:  March 21, 2025

                          Clerk, United States District Court

                                /s/ Kelly Davis
                          _____

                          Kelly Davis, Courtroom Deputy Clerk

**cc:  BK Court**